UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-14324 |
| BART PRIDDY and | ) | |
| CHRISTINE R. PRIDDY | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER ANNULING STAY ON MOTION OF
## VANDERBILT MORTGAGE AND FINANCE, INC.

The Court has considered the record and determined that cause exists, and that Movant is otherwise entitled to the relief requested in this motion. Therefore

IT IS ORDERED that Movant has a valid, perfected security interest in the Property set forth in its Motion and herein after described in more detail; that Movant's request for relief from the automatic stay is granted; that the automatic stay is annulled retroactively to the filing of this case; that Movant may continue to enforce its rights, immediately without any delay or stay under Rule 4001 or otherwise, against the property described as: certain real Property commonly known and numbered as 5309 Meadowbrook Street, Plainfield, Illinois 60586 including all accessories located thereon pursuant to the terms and conditions of its security instrument and applicable non-bankruptcy law; and that for such purpose, the automatic stay of 11 U.S.C. §362 is terminated as to the Property.

Effective July 7, 2014.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: June 20, 2014

**Prepared by:**

James S. Cole, Esq.
The Wasinger Law Group, P.C.
1401 S. Brentwood Blvd., Suite 875
St. Louis, Missouri 63144